No. 97–6582. ROMAN v. TENET, DIRECTOR OF CENTRAL INTELLIGENCE. C. A. 2d Cir. Certiorari denied.

No. 97–6584. LEAPHART v. GACH ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–6587. HILL v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 97–6589. GILLIS v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 97–6590. FORD v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 97–6591. GARCIA v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 97–6597. WILLIAMS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 97–6598. LATTIMORE v. COUNTY OF MONTEREY. C. A. 9th Cir. Certiorari denied.

No. 97–6601. ROACH v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.

No. 97–6604. MAUS v. MURPHY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 97–6613. JONES v. ZIMMERMAN ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–6614. MACRI v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–6616. MCREYNOLDS v. NEW YORK ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 97–6620. SWAIN v. DETROIT BOARD OF EDUCATION ET AL. Ct. App. Mich. Certiorari denied.

No. 97–6626. POOLE v. WHITEHURST ET AL. Sup. Ct. Tex. Certiorari denied.